1  MORGAN, LEWIS & BOCKIUS LLP
   Melinda S. Riechert, Bar No. 65504
2  Lyndsey M. Marcelino, Bar No. 299879
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1596
   Tel.:  +1.415.442.1000
4  Fax:  +1.415.442.1001
   mriechert@morganlewis.com
5  lyndsey.marcelino@morganlewis.com

6  Attorneys for Defendant
   ARAMARK REFRESHMENT SERVICES, LLC
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | MASIH SADEGHI, ABDUL BENJAMIN, | Case No. 3:16-cv-00176-EMC
   | MONICA JONES, AND BRANDI
12 | CRAWFORD,                      | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE OF APRIL 14, 2016**
13 |            Plaintiffs,
14 |     vs.
15 | ARAMARK REFRESHMENT SERVICES,  | **Complaint filed:  June 22, 2015**
   | LLC; DOES 1 through 100, inclusive,
16 |
   |            Defendants.
17

18

19       Plaintiff's Masih Sadehi, Abdul Benjamin, Monica Jones, and Brandi Crawford

20 ("Plaintiffs") and Defendant Aramark Refreshment Services, LLC ("Defendant"), by and through

21 their respective undersigned counsel, hereby stipulate as follows:

22       WHEREAS, Plaintiffs filed but did not serve on Defendant their complaint in Alameda

23 County Superior Court on June 22, 2015, case number HG15775025;

24       WHEREAS, Plaintiff filed a First Amended Complaint in Alameda County Superior

25 Court on November 23, 2015;

26       WHEREAS, Defendant answered the First Amended Complaint in Alameda County

27 Superior Court on January 7, 2016;

28       WHEREAS, Defendant timely removed the case to this Court on January 11, 2016;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 29844686.2

1   STIPULATION AND [PROPOSED] ORDER TO
    CONTINUE INITIAL CMC OF APRIL 14, 2016

WHEREAS, on January 13, 2016, this case was reassigned to Judge Chen;

WHEREAS, on January 29, 2014, Judge Chen issued an order scheduling the initial Case Management Conference for April 14, 2016 at 9:30 a.m.;

WHEREAS, lead counsel for Defendant, Melinda Riechert is unavailable on April 14, 2016 because she will be traveling outside of the United States;

WHEREAS, pursuant to Civil Local Rule 16-3, Lead Counsel for Defendant is required to be present at the Case Management Conference to confer and plan as mandated by Federal Rule of Civil Procedure 26(f);

WHEREAS, the Parties have never requested a continuance in this matter;

WHEREAS, continuing the April 14, 2016 Case Management Conference to April 21, 2016 or to a date thereafter mutually convenient for the Court will not affect the schedule for the remaining case or prejudice the Parties.

NOW THEREFORE IT IS HEREBY STIPULATED THAT the Case Management Conference hearing is continued until at least April 21, 2016 or to a date thereafter mutually convenient for the Court.

Respectfully submitted,

BENJAMIN LAW GROUP, P.C.

DATED: March 4, 2016

By   /s/ Na'il Benjamin_____
Na'il Benjamin
Attorneys for Plaintiffs
MASIH SADEGHI, et al.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

DATED: March 4, 2016

By   /s/ Melinda S. Riechert_____
Melinda S. Riechert
Attorneys for Defendant
ARAMARK REFRESHMENT SERVICES, LLC

### [PROPOSED] ORDER

Good cause appearing, the Case Management Conference currently scheduled for April 14, 2016 and 9:30 a.m., shall be continued to the new date of to April 21, 201~~5~~ 6 or to a date thereafter mutually convenient for the Court. Joint CMC statement due April 14, 2016.

IT IS SO ORDERED.

Dated: ___3/7_____, 2016   _____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CMC OF APRIL 14, 2016

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 29844686.2