1  MORGAN, LEWIS & BOCKIUS LLP
   Melinda S. Riechert, Bar No. 65504
2  Amelia Sanchez-Moran, Bar No. 281219
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1596
   Tel: +1.415.442.1000
4  Fax: +1.415.442.1001
   Melinda.riechert@morganlewis.com
5
   Attorneys for Defendant
6  Aramark Refreshment Services, LLC

7  Na'il Benjamin, Esq.
   Benjamin Law Group, P.C.
8  505 14th Street, Suite 900
   Oakland, CA 94612
9  Tel:  510-710-3585
   Fax:  415-349-3334
10 nbenjamin@benjaminlawgroup.com

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14

15 MASIH SADEGHI, ABDUL BENJAMIN,         Case No. 3:16-cv-00176-EMC
   MONICA JONES, AND BRANDI
16 CRAWFORD,                              **JOINT STIPULATION FOR DISMISSAL
                                          OF ACTION WITH PREJUDICE**
17               Plaintiffs,

18        vs.

19 ARAMARK REFRESHMENT SERVICES,          Complaint filed:  December 11, 2015
   LLC; DOES 1 through 100, inclusive,
20
                 Defendants.

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 30486488.1

STIPULATION FOR DISMISSAL
CASE NO. 3:16-CV-00176-EMC

1  IT IS HEREBY STIPULATED by the affected parties, Plaintiffs Masih Sadeghi, Abdul Benjamin, Monica Jones, and Brandi Crawford, and Defendant Aramark Refreshment Services, LLC that all claims against Defendant shall be, and hereby are, dismissed with prejudice.  Each party shall bear its own fees and costs.

Dated: August 19, 2016    By _____/s/ Na'il Benjamin_____

Na'il Benjamin, Esq. for Plaintiffs

Dated: August 19, 2016    MORGAN, LEWIS & BOCKIUS LLP

By _____/s/ Melinda S. Riechert_____
Melinda S. Riechert

Attorneys for Defendant
ARAMARK REFRESHMENT SERVICES, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IT IS SO ORDERED

Judge Edward M. Chen

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

DB2/ 30486488.1

1

STIPULATION FOR DISMISSAL
CASE NO..3-16-CV-00176-EMC